UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE SIMPSON, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED
[SHIRLEY D. LIDDELL, CONSOLIDATED
CASE NNO. 12-11604],

      Plaintiffs,

v.

CITIZENS BANK,

      Defendant.
      _____/

CASE NO. 12-10267
[All papers filed in this number]
HON. DENISE PAGE HOOD

## ORDER DISMISSING MOTIONS WITHOUT PREJUDICE AND STAYING DATES

On March 7, 2013, the parties filed a Joint Notice Of Settlement. Accordingly,

IT IS ORDERED that the Motion to Dismiss **(Doc. No. 10)** and Motion to Appoint Counsel **(Doc. No. 22)** are DISMISSED without prejudice. Upon notice by Defendant that the matter cannot be resolved, the motions will be reinstated and the Court will then issue a ruling on the motions.

IT IS FURTHER ORDERED that the dates scheduled in this matter are stayed pending submission of a settlement agreement and motion for preliminary approval of the agreement.

IT IS FURTHER ORDERED that a Status Conference is set for **Tuesday, May 7, 2013, 4:00 p.m.** to update the Court on the status of the settlement. If the settlement agreement and the motion for preliminary approval of the agreement are submitted prior to this date, the Status Conference will be cancelled.


Dated: March 27, 2013    S/Denise Page Hood
                                    Denise Page Hood
                                    United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2013, by electronic and/or ordinary mail.

                                 S/LaShawn R. Saulsberry
                                 Case Manager