**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JANE SIMPSON, on Behalf of Herself and All Others Similarly Situated, | Case No. 2:12-cv-10267 |
| Plaintiff, | |
| v. | Hon. Denise Page Hood |
| CITIZENS BANK, | |
| Defendant. | |

| | |
|---|---|
| SHIRLEY D. LIDDELL, on Behalf of Herself and All Others Similarly Situated, | Case No. 2:12-cv-11604 |
| Plaintiff, | |
| v. | Hon. Denise Page Hood |
| CITIZENS BANK and CITIZENS REPUBLIC BANCORP, INC., | |
| Defendants. | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL
OF *CY PRES* DISTRIBUTION OF SETTLEMENT FUNDS**

This matter has come before the Court on the Parties' Joint Motion for Approval of *Cy Pres* Distribution of Settlement Funds, and the Court is sufficiently advised.

IT IS HEREBY ORDERED that the Motion is GRANTED. The Parties shall effect the distribution of the *Cy Pres* Distribution Amount to the Recipient identified in the Motion within thirty (30) days of the date of this Order.

                              s/Denise Page Hood
                              Denise Page Hood
                              United States District Judge

Dated: July 13, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 13, 2015, by electronic and/or ordinary mail.

                              s/Julie Owens
                              Case Manager